**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 1:21-cr-00669-TJK** |
| **v.** | : | |
| | : | |
| **KIM MICHAEL SORGENTE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF REASSIGNMENT

Notice is hereby given that the above-entitled case has been reassigned to Deputy Federal

Public Defender Michael Bo Griffith, in place and instead of Deputy Federal Public Defender

Callie Glanton Steele, for all further proceedings.

Please make all necessary changes to the court's Case  Management/Electronic Case

Filing System to accurately reflect this re-assignment and to ensure that defense counsel receives

all notifications relating to filings in this case.

Respectfully submitted,

DATED:  July 25, 2022

CUAUHTEMOC ORTEGA
Federal Public Defender
MICHAEL BO GRIFFITH
Deputy Federal Public Defender
(Cal. Bar No. 315358)
(E-Mail: Bo_Griffith@fd.org)
Office of the Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, CA 92701
Telephone:  (714) 338-4500
Facsimile:   (714) 338-4520