UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KIM M. SORGENTE<br><br>        Defendant. | Case No. 21-CR-669-TJK |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, Michael Bo Griffith, hereby respectfully moves this Honorable Court, for an order to permit undersigned to withdraw from further representation of defendant, Kim M. Sorgente.

In support of the Motion undersigned counsel states:

1. Mr. Sorgente made his initial appearance in this District via video teleconference on November 4, 2021. The Federal Public Defender for the Central District of California was appointed as counsel. Undersigned counsel was assigned to represent Mr. Sorgente in July, 2022. ECF No. 28.

2. Currently, Mr. Sorgente is pending trial before this Court and released on a personal recognizance bond. Trial is currently scheduled for April 15, 2024, with a motions filing deadline of January 26, 2024.

3. The Office of the Federal Public Defender for the Central District of California has determined that there is an irreparable conflict of interest pertaining to its representation of Mr. Sorgente. Based on the advice in California State Bar Standing Committee on Professional Responsibility and Conduct Formal Opinion No. 2015-192, I

am unable to reveal the precise nature of the conflict beyond that ethical consideration require withdrawal. As a result of the conflict, on January 9, 2024, Amy Karlin, Chief Deputy Federal Public Defender for the Central District of California, determined that this Office must move to withdraw from representing Mr. Sorgente.

4.      Further, having been informed of this application by undersigned counsel, the government, by and through Assistant United States Attorney Shalin Nohria, informed undersigned counsel that:

> "The government does not take a position on this motion and defers to the Court. However, the government respectfully requests that if new counsel is deemed necessary, the Court attempt to identify counsel that may be able to keep the existing trial date."

5.      Pursuant to Local Criminal Rule 44.5(d), undersigned is simultaneously serving this motion upon Mr. Sorgente on January 10 ,2024.

WHEREFORE undersigned counsel respectfully requests the Court grant the Motion to Withdraw as counsel for Mr. Kim M. Sorgente and appoint him new counsel.  A proposed order if filed herewith.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: January 10, 2024    By  */s/ M. Bo Griffith*
M. BO GRIFFITH
Deputy Federal Public Defender
(CA Bar No. 315358)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
(E-Mail:  Bo_Griffith@fd.org)