## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM MICHAEL SORGENTE,<br><br>　　　　Defendant. | Case No. 21-CR-669-TJK |

## NOTICE OF WITHDRAWAL

　　Kim Michael Sorgente, by and through his attorney, Deputy Federal Public Defender Craig Anthony Harbaugh, hereby informs the Court that Mr. Harbaugh is terminating his appearance as counsel of record in this matter upon his retirement.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: January 26, 2024　　　　By  */s/ Craig Anthony Harbaugh*
　　　　　　　　　　　　　　　　　　Craig Anthony Harbaugh
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　(CA Bar No. 194309)
　　　　　　　　　　　　　　　　　　321 E. 2nd Street
　　　　　　　　　　　　　　　　　　Los Angeles, CA 90012
　　　　　　　　　　　　　　　　　　Telephone: (213) 894-4740
　　　　　　　　　　　　　　　　　　(E-Mail: Craig_Harbaugh@fd.org)