United States District Court
District of Columbia

| | |
|---|---|
| United States of America, <br><br>       Plaintiff, <br><br> v. <br><br> Kim Sorgente, <br><br>       Defendant. | Case No. 1:21- CR-669-TJK |

**Motion to Withdraw**

     Undersigned counsel, Rebecca Levy, hereby respectfully moves this Honorable Court, for an order to permit undersigned to withdraw from further representation of defendant, Kim M. Sorgente. In support of the Motion undersigned counsel states: 1. Undersigned counsel made an appearance in this District via video teleconference on January 25, 2024. The Federal Public Defender for the District of Nevada was not appointed as counsel, but instead a status hearing was set for March 5, 2024. Currently, Mr. Sorgente is pending trial before this Court and released on a personal recognizance bond. The Federal Public Defender for the District of Nevada has determined that there is an irreparable conflict of interest pertaining to its representation of Mr. Sorgente, based upon previous representation.  As a result of the conflict, the Federal Public Defender for Nevada, determined that this Office cannot represent Mr. Sorgente.  Having been informed of this application by undersigned counsel, the government, by and through Assistant United States Attorney Shalin Nohria, informed undersigned

counsel that: "The government does not take a position on this motion and defers to the Court." Pursuant to Local Criminal Rule 44.5(d), undersigned is simultaneously serving this motion upon Mr. Sorgente and Mr. Sorgente is aware that the Federal Public Defender of Nevada will not be able to represent him in this matter. The Federal Public Defender in Washington, D.C. has also been alerted to this issue and replacement counsel is forthcoming.

WHEREFORE undersigned counsel respectfully requests the Court grant the Motion to Withdraw as counsel (or proposed counsel) for Mr. Kim M. Sorgente and appoint him conflict-free counsel. A proposed order if filed herewith.

**Dated:** February 13, 2024.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: */s/Rebecca A. Levy*
*/s/Margaret W. Lambrose*

REBECCA A. LEVY
MARGARET W. LAMBROSE
Assistant Federal Public Defenders
Attorneys for Kim Sorgente

**Certificate of Electronic Service**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 13, 2024, she served an electronic copy of the above and foregoing **Motion to Withdraw** by electronic service (ECF) to the person named below:

CHANNING D. PHILLIPS
United States Attorney
Shalin Nohria
Assistant United States Attorneys
555 4th Street, NW
Washington, DC 20530

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender

United States District Court
District of Columbia

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Kim Sorgente,<br><br>        Defendant. | Case No. 1:21- CR-669-TJK |

## Motion to Withdraw

(PROPOSED) ORDER For good cause shown, the Motion to Withdraw as Counsel is GRANTED. It is hereby ORDERED that the Office of the Federal Public Defender for NEVADA is relieved from any representation as counsel for the defendant in this case. New counsel will be appointed to represent Mr. Sorgente by separate order. As soon as practicable, the Office of the Federal Public Defender for Nevada shall transfer all physical discovery received from the government to new counsel in accordance with the Protective Order Governing Discovery.

IT IS SO ORDERED.

DATED: February ___, 2024

By _____
THE HONORABLE TIMOTHY J. KELLY
United States District Judge