# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     CASE NO: 21-CR-669-TJK-1 |
| | ) |
| KIM MICHAEL SORGENTE, | ) |
| | ) |
|     Defendant. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, KIM MICHAEL SORGENTE.  I certify that I am registered to file documents electronically with this Court.


April 17, 2024

KYLE WACKENHEIM, OBA No. 30760
ASSISTANT FEDERAL PUBLIC DEFENDER
OFFICE OF THE FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Facsimile: 405-609-5932
Electronic Mail: kyle_wackenheim@fd.org
Counsel for Mr. Sorgente

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, a copy of the same was electronically filed using the CM/ECF system and thus delivered to the parties of record and pursuant to the rules of the Clerk of Court.

KYLE WACKENHEIM