**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-669 (TJK)** |
| **KIM MICHAEL SORGENTE,** : | |
| : | |
| **Defendant.** : | |

**MOTION TO DISMISS COUNT FOUR**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to dismiss Count Four (Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2)) of the Superseding Indictment. The government is moving to dismiss Count Four in the interest of justice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Shalin Nohria*
Shalin Nohria
Assistant United States Attorney
D.C. Bar No. 1644392
United States Attorney's Office
601 D St. NW, 6.713
Washington, D.C.,
202-344-5763
shalin.nohria@usdoj.gov