IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> KIM MICHAEL SORGENTE, <br><br> *Defendant*. | Case No.: CR-21-669-TJK |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Bonnie Blumert, Justin Hill, and Kyle Wackenheim, counsels for defendant, Kim Michael Sorgente, move to withdraw as counsel of record in this matter. In support of this motion, counsel states:

1) The Federal Public Defender's Office in the Western District of Oklahoma first appeared before this Court on Mr. Sorgente's behalf at an Ascertainment of Counsel hearing on March 5, 2024. (Min. Entry, 03/05/24). Counsels filed their entries of appearance on February 27, April 17, and August 7, 2024, respectively. Prior to this appointment, Mr. Sorgente was represented by other Federal Public Defender Offices who have withdrawn for various reasons.[1] (Docs.

---

[1] Mr. Sorgente has been represented by the District of Nevada Federal Public Defender's Office and the Central District of California Federal Public Defender's Office.

1

6, 28, 29, 44, 48, 49, 50).

2) Mr. Sorgente is presently set for trial beginning October 28, 2024. (Doc. 57). Pretrial motions and motions *in limine* are due August 23, 2024.[2] Pretrial motions are set to be heard before this Court on October 16, 2024. (Doc. 57).

3) In the last several weeks, counsel has met with Mr. Sorgente in person, over the phone, and by video. After discussions regarding the pending plea agreement, Mr. Sorgente communicated his dissatisfaction with counsel and expressed a lack of trust in counsel. Specifically, he believes there is a conflict of interest between himself and all Federal Public Defender's Offices.

Counsel is filing this motion to withdraw and appointment of substitute counsel at Mr. Sorgente's request.

4) At this point, counsel believes that there is a complete breakdown in communication with Mr. Sorgente related to the case. Counsel believes a hearing is necessary in order to determine if these differences are irreconcilable.

5) Having been informed of this application by undersigned counsel, the government, by and through Assistant United States Attorney Shalin Nohria, informed counsel that it does not oppose the motion for the purpose of Mr. Sorgente's *pro se* representation but does oppose withdrawal that results in

---

2 Responses in opposition and replies are due in days following this date.

appointment of new counsel.

6) Pursuant to Local Criminal Rule 44.5(d), counsel is simultaneously serving this motion upon Mr. Sorgente, who has requested that it be filed.

Based on the preceding, counsel respectfully requests the Court enter an Order allowing the undersigned to withdraw as counsel for Mr. Sorgente and appointing substitute counsel, or set the matter for hearing on whether to permit Ms. Blumert, Mr. Hill, and Mr. Wackenheim to withdraw and to appoint substitute counsel.

Respectfully submitted,

_____
BONNIE BLUMERT, OBA #31945
Assistant Federal Public Defender
215 Dean A. McGee Ave., Suite 109
Oklahoma City, Oklahoma 73102
Voice (405)609-5930
FAX (405) 609-5932
Bonnie_blumert@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants: Shalin Nohria, Aliya Khalidi, and Benet Kearney, Assistant United States Attorneys.

I hereby certify that on August 19, 2024, I electronically transmitted the attached document to Mr. Kim Michael Sorgente by email to kimsorgente@icloud.com.

_____
BONNIE BLUMERT