UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-669 (TJK) |
| KIM MICHAEL SORGENTE, : | |
| : | |
| Defendant. : | |

**ERRATA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, states that ECF Nos. 69, 70, and 71 were mistakenly filed as motions, rather than oppositions, and seeks to change them accordingly. The United States further seeks to correct the title of ECF. 71 to "Government's Opposition to Defendant's Motion in Limine to Exclude Relevant Evidence of Core Elements of Counts One, Two and Three."

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   /s/ Aliya Khalidi

ALIYA KHALIDI
Assistant United States Attorney
MA Bar Number 682400
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 252-2410
Aliya.khalidi@usdoj.gov