# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-CR-669 (TJK) |
| **KIM MICHAEL SORGENTE,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby notifies the Court that Trial Attorney Shalin Nohria, as counsel for the United States, is terminating his appearance as counsel of record in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 _/s/ Shalin Nohria_
Shalin Nohria
Assistant United States Attorney
D.C. Bar No. 1644392
United States Attorney's Office
601 D St. NW
Washington, D.C.,
shalin.nohria@usdoj.gov