IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

KIM MICHAEL SORGENTE,

    *Defendant*.

Case No.: CR-21-669-TJK

**NOTICE OF INTENT TO PROCEED PRO SE
AND REQUEST FOR HEARING**

    Kim Sorgente, by and through counsel, notifies this Court of his intent to proceed *pro se*. In support of this motion, counsels state:

    1)    The Office of the Federal Public Defender for the Western District of Oklahoma has represented Mr. Sorgente since March 5, 2024. (*Min. Entry*, 03/05/24).

    2)    On August 19, 2024, Counsel filed a motion to withdraw as Mr. Sorgente's counsel, citing a lack of trust and a breakdown in communication. (*Doc. 62*). Since that time, two hearings have been held wherein this Court assessed the status of the parties' relationship, neither time granting the motion to withdraw. (*Min. Entry, 8/28/24, 09/10/24*).

    3)    A third status hearing was held on October 1, 2024 wherein Mr. Sorgente announced his desire to terminate his counsel and represent himself. Based on representations made by the parties during this hearing, the Court held in abeyance the motion to withdraw to permit Mr. Sorgente to later make a formal announcement. (*Min. Entry, 10/01/24*).

    4)    Following that hearing, in discussions with counsel, Mr. Sorgente expressed unequivocally his desire to no longer have counsel and to proceed *pro se*. In conjunction with this announcement, he submits a declaration laying the foundation for his desire to terminate the

undersigned counsel, filed separately under seal and *ex parte* per the Court's order. (*Min. Entry, 10/01/24*).

5) Mr. Sorgente asserts his competence to make this decision, an understanding of the risks that accompany it, and the capability to represent himself. He wishes to make an intelligent and voluntary waiver of his right to counsel. *Faretta v. California*, 422 U.S. 806 (1975).

6) Pursuant to Local Criminal Rule 44.5(d), counsel is simultaneously serving this motion upon Mr. Sorgente.

Based on the preceding, counsel respectfully request the Court enter an Order allowing the undersigned to withdraw as counsel for Mr. Sorgente and for him to be permitted to proceed *pro se* or, in the alternative, set the matter for a *Faretta* hearing as soon as is practicable.

Respectfully submitted,

_____
BONNIE BLUMERT, OBA #31945
Assistant Federal Public Defender
215 Dean A. McGee Ave., Suite 109
Oklahoma City, Oklahoma 73102
Voice (405)609-5930
Facsimile (405) 609-5932
bonnie_blumert@fd.org
Counsel for Mr. Sorgente

s/ J.P. Hill
J.P. HILL, OBA #31085
Assistant Federal Public Defender
215 Dean A. McGee Ave., Suite 109
Oklahoma City, Oklahoma 73102
Voice (405)609-5930
Facsimile (405) 609-5932
Jp_hill@fd.org
Counsel for Mr. Sorgente

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants: Aliya Khalidi and Matthew Beckwith, Assistant United States Attorneys.

I hereby certify that on October 2, 2024, I electronically transmitted the attached document to Mr. Kim Michael Sorgente by email to kimsorgente@icloud.com.

BONNIE BLUMERT

3